# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DREW BARRY McLENDON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:21-cv-359-RAH |
| ) | |
| **SGT. WILSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Before the Court is the Recommendation of the Magistrate Judge filed September 3, 2024 (Doc. 38), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation (Doc. 38) is ADOPTED;

2. The Motion for Summary Judgment (Doc. 20) is GRANTED in favor of the Defendants;

3. This case is DISMISSED with prejudice;

4. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 25th day of September 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE